United States District Court
Southern District of Texas
FILED

JUN 1 1 2015

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CR. CASE NO. M-15-0943-M |
| | § | |
| | § | |
| VS | § | RE: MATERIAL WITNESSES |
| | § | |
| | § | <u>INMAR ALEXANDER ORTEGA-BRAN</u> |
| RAMON LOPEZ-BUCIO, Et al | § | <u>ISRAEL NAVA-MIRELES</u> |

### ORDER APPOINTING COUNSEL

Because the above-named material witnesses have testified under oath or have otherwise satisfied this court that they are financially unable to employ counsel, and do not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent these persons in the above-designated case.

If appointment is made by a Magistrate and the case subsequently proceeds to United States District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

DONE at McAllen, Texas, this 11th day of June, 2015.

Peter E. Ormsby
United States Magistrate Judge